IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-21110
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RAFAEL NUNEZ,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-95-245-1
- - - - - - - - - -
February 5, 1996

Before GARWOOD, HIGGINBOTHAM and STEWART, Circuit Judges.

PER CURIAM:[*]

      Rafael Nunez appeals the district court's denial of his motion to reduce the bond amount set as a condition for his release pending trial.  Because the decision of the district court is supported by the proceedings below, the decision of the district court is AFFIRMED.  United States v. Rueben, 974 F.2d 580, 586 (5th Cir. 1992) (pretrial detention order), cert. denied, 113 S. Ct. 1336 (1993); United States v. McConnell, 842 F.2d 105, 108 n.3 (5th Cir. 1988) (appeal from denial of motion to reconsider bond amount).

_____

      [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.